**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:24-CR-42 (LAG) |
| | : |
| BRANDON MICHAEL SLACHTA, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant Brandon Michael Slachta's Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 29). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for February 28, 2025, and March 31, 2025, respectively. (*Id.* at 1; Doc. 24).

On November 21, 2024, Defendant Brandon Michael Slachta was charged with one count of possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). (Doc. 1). Defendant made his initial appearance on December 4, 2024, pleaded not guilty, was denied bond, and was remanded to the custody of the U.S. Marshals Service. (Docs. 8, 10, 11, 15). In the Motion, Defendant's Counsel represents that "it has taken longer than expected for [Defendant] to receive the discovery that was sent to him[.]" (Doc. 29 at 2). Defendant's Counsel further represents that the "discovery review [has] prompted the necessity to request [more] records." (*Id.*). Defendant's Counsel "anticipate[s] receiving those records in the coming weeks." (*Id.*). The Government does not oppose Defendant's Motion. (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Accordingly, Defendant's Motion (Doc. 29) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's January 2, 2025 Scheduling Order (Doc. 24) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 21st day of February, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**